# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

ICELAND PROCRUISES EHF and ICELAND PROCRUISES GMBH,
_____
Plaintiff(s)

V.

CIVIL ACTION NO. 1:20-cv-10859

VANTAGE TRAVEL SERVICES, INC. D/B/A VANTAGE DELUXE WORLD TRAVEL,
_____
Defendant(s)

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to Jon Pollack, 279 E. Central Street, #222, Franklin, MA 02038, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on May 6, 2020, in which the Plaintiff(s) is/are ICELAND PROCRUISES EHF and ICELAND PROCRUISES GMBH, of Iceland and Switzerland, whose attorney is John T. Harding of Lewis Brisbois Bisgaard & Smith LLP, and the defendant(s) is/are VANTAGE TRAVEL SERVICES, INC. D/B/A VANTAGE DELUXE WORLD TRAVEL, of Boston, MA, we command you to attach the real estate and/or personal property of the Defendant(s) VANTAGE TRAVEL SERVICES, INC. D/B/A VANTAGE DELUXE WORLD TRAVEL in accordance with the following directions and/or limitations (if any): to attach and hold any funds on deposit including in a checking account ending in account number *0111, "Vantage Travel Operating Account", held by Brookline Bank, 2 Harvard Street, Brookline, MA 02445 for Vantage Travel Services, Inc. D/B/A Vantage Deluxe World Travel to the value of $841,879.99, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on 5/13/20 by Judge Zobel in the amount of $841,879.99.

Dated at ____ A.M. this 13th day of May, 2020.

ROBERT M. FARRELL
CLERK OF COURT

By: _____
Deputy Clerk

